# United States Bankruptcy Court
## District of South Carolina

In re   **Charles Edward Bundrick, Jr**

Debtor(s)

Case No.   **23-01440**

Chapter   **13**

## Motion to Extend Time

Debtors, **Charles Edward Bundrick, Jr**, commenced this case on May 18, 2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

Debtors have encountered unexpected difficulty in gathering the necessary information to complete the schedules and other documents necessary for their case;

Debtors request an extension of time to file Schedules A-J, the Statement of Financial Affairs, Payment Advices, Form 122, their Plan and such other documents as may be necessary until June 10, 2023.

WHEREFORE, Debtor(s) pray for an Order extending the time to file and for such additional or alternative relief as may be just and proper.

/s/ Benjamin R. Matthews
Benjamin R. Matthews 3332
Matthews and Associates, LLC
2010 Gadsden St
Columbia, SC 29201
803-799-1700
b.matthews@bklawsc.com